443 A.2d 396

Commonwealth v. Williams a/k/a Duffy, Appellant.

Submitted December 5, 1980. Timothy A. Crawford, Jr., for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., HESTER and WIEAND, JJ.

The order of the lower court is affirmed.

443 A.2d 397

Commonwealth v. Wright, Appellant.

Argued January 26, 1982. Edward J. McMearty, Assistant Public Defender, for appellant; Rex Rohland Gary, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.